UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CIVIL ACTION

| | | |
|---|---|---|
| EVELYN BAYO ANTONSEN, | : | |
| Plaintiff, | : | NO. 02-CV-2724 |
| v. | : | |
| SCHOOL DISTRICT OF THE CITY OF ALLENTOWN, | : | |
| Defendant. | : | |

### DEFENDANT S ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF S COMPLAINT

### Introduction

1. Denied.Denied. Denied. Paragraph 1 contains legal conclusions to which no resp isis required. In the eventis required. In the event a responseis required. In the ev

2. DenDenieDenied.Denied. Paragraph 2 contains legal conclusions to which no resp isis required. In the event a responseis required. In the event a response is require DeDefendantDefendant Defendant hasDefendant has Defendant has repeatedlyDef The remaining averments in paragraph 2 are denied.

### The Parties

3. Admitted.

4. Admitted.

### Jurisdiction and Venue

5. Denied.Denied. Paragraph 5 contains legal conclusions to whicDenied. Paragrapl isis required. is required. In theis required. In the event a response is required, pa

6. Admitted.

## Administrative Proceedings

7. AdmAdmittedAdmitted in part and denied in part. It is admitted only thAc DeDecemberDecember 2000, Plaintiff filed charges of employment discriminatio withwith the EEOC and the PHRC against Defendant. The with the EEOC a averments in paragraph 7 are denied.

8. AdmittedAdmitted in part and denied in part. It isAdmitted in part and denied ir dateddated April 9, 2002,dated April 9, 2002, Plaintiff receiveddated April 9, 2002, ItIt is averred that said letter speaks for itself. The remaining averments in paragraph 8 are denied.

## Factual Background

9. AfterAfter reasonable investigation, Answering Defendant is without knowledgeknowledge and information sufficient to form a belief as to the truth ofof the aof the avermentsof the averments contained in Paragraph 9; the san denied and strict proof demanded at the time of trial.

10. AfterAfter reasonable investigation, Answering Defendant is without knowledgeknowledge and information sufficient to form a belief as to the truth ofof the averments contained in Paragraph 10; the same are therefore denied and strict proof demanded at the time of trial.

11. Admitted.

12. AdmittedAdmitted in part anAdmitted in part and denied iAdmitted in part and waswas not hired as principalwas not hired as principal or assistant principal. It is s

sheshe was not she was not hshe was not hired as principal or assistant principal

racerace and/or national origin. Therace and/or national origin. The remaining av

are denied.

13. AdmittedAdmitted in part and deniedAdmitted in part and denied in part. Admi

filedfiled charges of employment discriminatfiled charges of employment discr

againstagainst the School District in Marchagainst the School District in March 199

paragraph 13 are denied.

14. Admitted.

15. AdmittedAdmitted in partAdmitted in part and denied in part. It is admitted only

II was settled inI was settled in or about NovemberI was settled in or about Novem

paragraph 15 are denied.

16. DenieDenied.Denied. ADenied. After reasonable investigation, Answering

withoutwithout knowledge and information sufficient to form a bewithout kno

thethe truth of the averments contained in Paragraph 16; the same are

therefore denied and strict proof demanded at the time of trial.

17. AdmAdmittedAdmitted in pAdmitted in part and denied in part. It is admitted

appliedapplied for three vacanciesapplied for three vacancies for principalsapplie

elementaryelementary schools and one in a middle school. The remaining

averments in paragraph 17 are denied.

18. AdmittedAdmitted in part anAdmitted in part and denied iAdmitted in part and

waswas selected as a finalist for only one position. The remaining

avermenavermentsaverments in paraaverments in paragraph 18 are denied. Plaintiff was not the most qualified candidate for all three positions.

19. Denied.Denied. It isDenied. It is specifically denied that PlaintiffDenied. It is specific asas a finalist so as to limit her prospects ofas a finalist so as to limit her principal sprincipal s job in the School District. principal s job in the School District. was not the most qualified candidate for any of the three positions.

20. Denied.Denied. By way of further answer, any modifiDenied. By way of furthe District sDistrict s interview and hiringDistrict s interview and hiring procedures w toto Plaintiff s causto Plaintiff s cause of actito Plaintiff s cause of action. It is fu andand prejudiced against Plaintiff because of Antonsenand prejudiced against Pl averments in paragraph 20 are denied.

21. DenieDenied.Denied. AnyDenied. Any unlawful discrimination in hiring is spec AfterAfter reasonable investigation, Answering Defendant is without knowledgeknowledge and information sufficient to form a belief as to the truth ofof the remaining averments contained in Paragraph 21; the same are therefore denied and strict proof demanded at the time of trial.

22. DeniDeniedDenied.Denied. It is specifically denied that Plaintiff s qualifications experienceexperience were better thanexperience were better than all three fem jobs.jobs. On thejobs. On the contrary, the candidates hired were the most qualifie the positions.

23. Denied. Denied. After reasonabl Denied. After reasonable inv Denied. Afte without without knowledge and informat without knowledge and information su the the truth of the averments contained in Paragraph 23; the same are therefore denied and strict proof demanded at the time of trial.

### COUNT I

### Plaintiff v. Defendant
### Title VII Claims

24. Defendants Defendants incorporat Defendants incorporate Defendants incorpora through through 23, inclusive, as fully through 23, inclusive, as fully as though the sa at length.

25. Denied. Denied. Paragraph 25 contains legal conclusions to Denied. Paragraph 25 c is is required. In is required. In the event a response is required, paragraph 25 is den

26. Denied. Denied. Denied. Paragraph Denied. Paragraph 26 contains legal conclusion is is required. is required. In the event is required. In the event a response is require

27. Denied. Denied. Paragraph 27 contains Denied. Paragraph 27 contains legal conclu is is required. In the is required. In the event a response is required. In the event a re

28. Denied. Denied. Paragraph 28 contains legal conclusions to which Denied. Paragra is is required. In the event a is required. In the event a response is required, is require

WHEREFORE, WHEREFORE, Defendant School WHEREFORE, Defendant School Distric WHERE requests judgment be entered in its favor and against the Plaintiff.

## COUNT II

### Plaintiff v. Defendant
### Violations of §1981

29. Defendants incorporate by reference their answers to paragraphs 1 through 28, inclusive, as fully as though they were set forth at length.

30. Denied. Paragraph 30 contains legal conclusions to which no response is required. In the event a response is required, paragraph 30 is denied.

31. Denied. Paragraph 31 contains legal conclusions to which no response is required. In the event a response is required, paragraph 31 is denied.

32. Denied. Paragraph 32 contains legal conclusions to which no response is required. In the event a response is required, paragraph 32 is denied.

WHEREFORE, Defendant School District requests judgment be entered in its favor and against the Plaintiff.

## COUNT III

### Plaintiff v. Defendant
### Violations of PHRA

33. Defendants incorporate by reference their answers to paragraphs 1 through 32, inclusive, as fully as though they were set forth at length.

34. Denied. Paragraph 34 contains legal conclusions to which no response is required. In the event a response is required, paragraph 34 is denied.

35. Denied. Denied. Denied. Paragraph 35 contains legal conclusions to which no response is required. In the event a response is required, paragraph is required. In the even

36. Denied. Denied. Paragraph 36 Denied. Paragraph 36 contains legal Denied. Paragra isis required. is required. In the event a response is required, paragraph 36 is requ

37. Denied. Denied. Paragraph 37 contains legal conclusions to Denied. Paragraph 37 c isis required. is required. In the is required. In the event a response is required, para

WHEREFORE, WHEREFORE, Defendant School Dis WHEREFORE, Defendant School District o requests judgment be entered in its favor and against the Plaintiff.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff Plaintiff has not suffered loss of property Plaintiff has not suffered loss of prop Constitution.

### SECOND AFFIRMATIVE DEFENSE

Defendant Defendant School District has not established a custom, prac Defendant Sch which has caused constitutional injury to the Plaintiff.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's Plaintiff's Complaint fails to state a cause of action under Title Plaintiff's Compl Rights Act of 1964, as amended [Title VII], 42 U.S.C. §2000, et. seq.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a cause of action under 42 U.S.C. §1981.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff sPlaintiff s Complaint fails to statPlaintiff s Complaint fails to statePlaintiff s Co Human Relations Act,43 P.S. §955, et seq.

WHEREFORE,WHEREFORE, Defendant School District of the City of AllentownWHEREFORE requests judgment be entered in its favor and against the Plaintiff.

KING, SPRY, HERMAN, FREUND & FAUL

_____
John E. Freund, Esquire
One West Broad Street
Suite 700
Bethlehem, PA 18018
610.332.0390
ID No. 25390