IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVELYN BAYO ANTONSEN, | ) | |
| | ) | Civil Action |
| Plaintiff | ) | No. 02-CV-02724 |
| | ) | |
| vs. | ) | |
| | ) | |
| SCHOOL DISTRICT OF THE | ) | |
| CITY OF ALLENTOWN, | ) | |
| | ) | |
| Defendant | ) | |

\* \* \*

APPEARANCES:
       STEPHEN J. SPRINGER, ESQUIRE
            On behalf of Plaintiff

       JOHN E. FREUND, III, ESQUIRE
            On behalf of Defendant

\* \* \*


RULE 16 STATUS CONFERENCE ORDER

NOW, this 25th day of March, 2003, after status
conference conducted by telephone with the undersigned on this
date, pursuant to Rule 16 of the Federal Rules of Civil
Procedure, and by agreement of counsel,

IT IS ORDERED that on or before April 4, 2003 plaintiff
shall provide full and complete responses to the interrogatories
and motion to produce documents propounded by defendant.

IT IS FURTHER ORDERED that on or before April 18, 2003
counsel for plaintiff shall submit to the undersigned and to
defense counsel a memorandum of law concerning (1) whether being

of Puerto Rico origin (as opposed to Hispanic) is a federally
protected class, and (2) whether the race or ethnicity of
students in a school district can be evidence of discrimination
in employment practices.  Defense counsel shall have until
April 30, 2003 to submit to the undersigned and counsel for
plaintiff a memorandum of law on the same subjects.

IT IS FURTHER ORDERED that, except as otherwise
provided below, all discovery shall be completed by June 30,
2003.

IT IS FURTHER ORDERED that plaintiff shall be precluded
from offering the testimony of expert witnesses at trial unless
on or before June 30, 2003 plaintiff provides defense counsel
with the name, address, curriculum vitae and a signed, written
expert report containing the findings, conclusions and opinions,
of each such witness.

IT IS FURTHER ORDERED that defendant shall be precluded
from offering the testimony of expert witnesses at trial unless
on or before July 31, 2003 defendant provides plaintiff's counsel
with the name, address, curriculum vitae and a signed, written
expert report containing the findings, conclusions and opinions,
of each such witness.

IT IS FURTHER ORDERED that all discovery motions,
including motions concerning expert witnesses, shall be filed and
served prior to the close of discovery.  Any motions filed in

violation of this Order may be deemed waived in the absence of good cause shown.

IT IS FURTHER ORDERED that all dispositive motions, including motions for summary judgment, accompanied by a brief, shall be filed and served on or before August 15, 2003.

IT IS FURTHER ORDERED that all motions in limine shall be filed and served on or before September 8, 2003.

IT IS FURTHER ORDERED that all motions (except those relying solely on a Federal Rule of Civil Procedure) shall be accompanied by a brief, not to exceed twenty-five pages without prior leave of court.  There shall be no reply briefs unless requested, or authorized, by the undersigned.  Reply briefs shall not exceed seven pages and must be filed within three business days of the court's request or approval.

IT IS FURTHER ORDERED that any party filing a motion for summary judgment or partial summary judgment shall file and serve, in addition to a brief, a separate short concise statement, in numbered paragraphs, of the material facts about which the moving party contends there is no genuine dispute.  The moving party shall support each such material fact with specific citations to the record, and, where practicable, attach copies of the relevant portions of the record.  Failure to submit such a statement may constitute grounds for denial of the motion.

IT IS FURTHER ORDERED that any party opposing a motion for summary judgment or partial summary judgment shall file and serve, in addition to a brief, a separate short concise statement, responding in numbered paragraphs to the moving party's statement of the material facts about which the opposing party contends there is a genuine dispute, with specific citations to the record, and, where practicable, attach copies of the relevant portions of the record.  All factual assertions set forth in the moving party's statement shall be deemed admitted unless specifically denied by the opposing party in the manner set forth in this paragraph.

IT IS FURTHER ORDERED that a jury trial of the within case shall commence before the undersigned on Monday, October 20, 2003, at 9:30 o'clock a.m. in Courtroom B, Edward N. Cahn United States Courthouse, 504 West Hamilton Street, Allentown, Pennsylvania, or as soon thereafter as the schedule of the court permits, following jury selection at the United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.  This Order shall serve as a formal attachment for trial.

BY THE COURT:

_____
James Knoll Gardner
United States District Judge