UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVELYN BAYO' ANTONSEN, | : | No. 02-CV-2724 |
| Plaintiff, | : | |
| v. | : | |
| ALLENTOWN SCHOOL DISTRICT, | : | JURY TRIAL DEMANDED |
| Defendant. | : | |

**O R D E R**

AND NOW, this _____ day of _____, 2003, upon consideration of Plaintiff's Motion to Compel and Defendant's response thereto, it is hereby ORDERED AND DECREED that Plaintiff's Motion is dismissed as moot.

BY THE COURT:

_____
J.