## CERTIFICATE OF SERVICE

The undersigned, John E. Freund, attorney for Defendant, hereby certifies that a true and correct copy of Defendant's Answer to Plaintiff's Motion to Compel has been served upon the following counsel of record on this day, July 1, 2003, by Overnight Airbourne Express :

Stephen Springer, Esquire
2033 Walnut Street
Philadelphia, PA 19103


DATE:_____       BY:/s/ John E. Freund, III, Esquire
                                John E. Freund, III, Esquire