IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVELYN BAYO ANTONSEN, | ) |
|       Plaintiffs, | )   Civil Action |
| | )   No. 02-CV-02724 |
|     vs. | ) |
| SCHOOL DISTRICT OF | ) |
| THE CITY OF ALLENTOWN, | ) |
|       Defendant. | ) |

O R D E R

NOW, this 9th day of July, 2003, upon consideration of Plaintiff's Motion to Compel Discovery by Defendant, filed June 26, 2003;

IT IS ORDERED that plaintiff's motion is denied without prejudice to proceed as indicated below.

IT IS FURTHER ORDERED that the parties may bring this discovery dispute to the attention of United States Magistrate Judge Arnold C. Rapoport by letter or other informal means as directed by the Standing Order of the undersigned dated January 2, 2003.

BY THE COURT:

_____
James Knoll Gardner
United States District Judge