IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EVELYN BAYO ANTONSEN,            )
                                 )  Civil Action
            Plaintiff            )  No. 02-CV-02724
                                 )
        vs.                      )
                                 )
SCHOOL DISTRICT OF THE           )
CITY OF ALLENTOWN,               )
                                 )
            Defendant            )

REFERRAL ORDER FOR SETTLEMENT CONFERENCE

NOW, this 16th day of September, 2003,

IT IS ORDERED that the within matter is referred to

United States Magistrate Judge Arnold C. Rapoport to schedule and

conduct a settlement conference on or before October 19, 2003.

BY THE COURT:

_____
James Knoll Gardner
United States District Judge