Law Office of
# Stephen J. Springer
2033 Walnut Street
Philadelphia, PA 19103
(215) 972-9050
(215) 732-8232 (Facsimile)
springerlaw@msn.com

June 12, 2003

**VIA FACSIMILE**

The Honorable James Knoll Gardner
EDWARD N. CAHN UNITED STATES COURTHOUSE
504 W. Hamilton Street, Suite 4701
Allentown, PA 18101

    Re:   *Evelyn Bayo Antonsen v. The School District of the City of Allentown*
           Civil Action No. 02-CV-2724

Dear Judge Gardner:

    On behalf of Plaintiff, Evelyn Bayo Antonsen, I hereby request a 90-day extension of all deadlines in the above-referenced matter. This is the first such request for an extension.

    My reasons for requesting this extension are twofold. Plaintiff and Defendant have exchanged documents although there are still additional documents which Plaintiff has requested that have not been produced so far by Defendant. Plaintiff's deposition has been taken. The deposition of an assistant superintendent was taken on two different days because of scheduling problems. That deposition has not yet been completed. In addition, Plaintiff's counsel is working with Defendant's counsel to schedule the deposition of the former superintendent of the School District. Plaintiff's counsel already has given Defendant's counsel notice of subjects to be covered by a Rule 30(b)(6) deposition and we are currently working to set up a date for that deposition.

    Second, my wife and I have pre-existing plans to be in California from July 12, 2003 through August 20, 2003, to assist our daughter who is expecting her second child. Our daughter has had prior pregnancy difficulties and a miscarriage.

    I am enclosing a Stipulation signed by counsel regarding this requested extension.



DEFENDANT'S EXHIBIT A

## Law Office of Stephen J. Springer

The Honorable James Knoll Gardner
June 12, 2003
Page 2

      Thank you in advance for your consideration of this request.

                                Respectfully,

                                LAW OFFICE OF STEPHEN J. SPRINGER

                                Stephen J. Springer

SJS:jd

Enclosure

cc:    John E. Freund, III, Esquire (w/enclosure; via Facsimile)

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVELYN BAYO ANTONSEN | CIVIL ACTION |
| Plaintiff, | |
| v. | NO. 02-CV-2724 |
| SCHOOL DISTRICT OF THE CITY OF ALLENTOWN, | JURY TRIAL DEMANDED |
| Defendant. | |

### STIPULATION TO EXTEND TIME

It is hereby stipulated by and between Stephen J. Springer, Esquire, counsel for Plaintiff, Evelyn Bayo Antonsen, and John E. Freund, III, Esquire, counsel for Defendant, School District of the City of Allentown, that all deadlines in the above-referenced case shall be extended by ninety (90) days.

Respectfully submitted,

By: _____
Stephen J. Springer, Esquire
Attorney for Plaintiff

By: _____
John E. Freund, III, Esquire
Attorney for Defendant

**Accepted and Agreed to:**

BY THE COURT:

_____
The Honorable James Knoll Gardner

Law Office of
# Stephen J. Springer
2033 Walnut Street
Philadelphia, PA 19103
(215) 972-9050
(215) 732-8232 (Facsimile)
springerlaw@msn.com

June 26, 2003

**VIA FACSIMILE - (610) 776-0379**

U.S. Magistrate Judge Arnold C. Rapoport
U.S. COURTHOUSE & FEDERAL BUILDING
504 W. Hamilton Street, Suite 3401
Allentown, PA  18101

    Re:  *Evelyn Bayo Antonsen v. The School District of the City of Allentown*
           **Civil Action No. 02-CV-2724**

Dear Judge Rapoport:

    I am enclosing a copy of a letter and Stipulation which I sent to Judge Gardner two-weeks ago in connection with the above-referenced case. Judge Gardner already has granted an extension of time to the parties in another action, *Gehris v. Bethlehem Area School District*, Civil Action No. 02-CV-08447, which previously had the same deadlines as the *Antonsen* matter.

    Since the current discovery deadline is quickly approaching, I would appreciate anything that Your Honor can do with respect to my pending request.

                                         Respectfully,

                                         LAW OFFICE OF STEPHEN J. SPRINGER

                                         Stephen J. Springer

SJS:jd

Enclosures

    cc:    John E. Freund, III, Esquire (w/enclosure; via Facsimile)


DEFENDANT'S EXHIBIT B

**KING, SPRY, HERMAN, FREUND & FAUL, LLC**
One Bethlehem Plaza - Suite 700
Bethlehem PA 18018
610-332-0390
610-332-0314 (fax)



## FACSIMILE TRANSMISSION SHEET

TO: A. Martin Herring, Esquire

FROM: John E. Freund, III, Esquire

RE: Antonsen v. ASD

DATE: 18 July 2003

FAX: 215.568.2751

Page 1 of 2

☐ HARD COPY WILL FOLLOW
☐ HARD COPY WILL NOT FOLLOW
☐ REQUEST HARD COPY, IF DESIRED



DEFENDANT'S EXHIBIT C

The document(s) accompanying this facsimile contain information from the law firm of King, Spry, Herman, Freund & Faul which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this facsimile information is strictly prohibited, and the document(s) should be returned to this firm immediately. In this regard, if you have received this facsimile in error, please notify us by telephone immediately so that we can arrange for the return of the original document(s) to us at no cost to you.



# KING, SPRY, HERMAN, FREUND & FAUL, LLC
## ATTORNEYS & COUNSELORS
ALLENTOWN • BANGOR • BETHLEHEM • STROUDSBURG

E. DRUMMOND KING
JEROME B. FRANK
DONALD F. SPRY II
DOMENIC P. SBROCCHI
KENT H. HERMAN
TERENCE L. FAUL
JOHN E. FREUND, III
JAMES F. SWARTZ, III*
KEVIN C. REID
PAUL S. FRANK
MICHAEL A. GAUL
ANN MARIE T. NASEK
JESSICA A. DAVENPORT

OF COUNSEL:
ANDREW E. FAUST
JAMES J. RAVELLE

AFFILIATED WITH:
LAW OFFICES OF Ira Weiss
Pittsburgh, PA 15219

* Certified Civil Trial
Advocate by National
Board of Trial Advocacy

July 18, 2003
FAX

A. Martin Herring, Esquire
Suite 2240
1845 Walnut Street
Philadelphia, PA 19103

RE:   Antonsen v. Allentown School District
      No. 02-CV-2724

Dear Marty:

On June 12, 2003, Attorney Springer forwarded a letter to Judge Gardner requesting a 90 day extension of all deadlines in the above matter. We also signed a Stipulation regarding the request. We have not yet heard from the Court or Mr. Springer whether this request was granted or not. I understand that Mr. Springer is now in California. Do you have any information regarding the deadline extension?

I am concerned because our dispositive motion is due on August 15th under the previous deadlines. If the 90 day extension is granted, our motion would be due on November 15th but trial has been scheduled for October 20th. I don't recall that Mr. Springer asked for an extension of the trial date.

Please let us know what you find out.

If you would like to discuss this matter further, please do not hesitate to contact our office.

Very truly yours,

John E. Freund, III

JEF/tlm

ONE WEST BROAD STREET  •  SUITE 700  •  BETHLEHEM, PA 18018  •  TEL: 610-332-0390  •  FAX: 610-332-0314

TRANSMISSION VERIFICATION REPORT

```
                                          TIME : 07/18/2003 12:54
                                          NAME : KING SPRY LAW OFFICE
                                          FAX  : 6103320314
                                          TEL  :
```

```
DATE,TIME          07/18  12:53
FAX NO./NAME       12155682751
DURATION           00:00:35
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```

**KING, SPRY, HERMAN, FREUND & FAUL, LLC**
One Bethlehem Plaza - Suite 700
Bethlehem PA 18018
610-332-0390
610-332-0314 (fax)



## FACSIMILE TRANSMISSION SHEET

TO:     A. Martin Herring, Esquire

FROM:   John E. Freund, III, Esquire

RE:     Antonsen v. ASD

DATE:   18 July 2003

FAX:    215.568.2751

☐ HARD COPY WILL FOLLOW
☐ HARD COPY WILL NOT FOLLOW
☐ REQUEST HARD COPY, IF DESIRED

**Page 1 of 2**