## CERTIFICATE OF SERVICE

The undersigned, John E. Freund, attorney for Defendant, hereby certifies that a true and correct copy of Defendant's Answer to Plaintiff's Motion for Extension of Deadlines and Motion for Extension of Dispositive Motion Deadline has been served upon the following counsel of record on this day, October 13, 2003, by First Class Mail :

Stephen Springer, Esquire  
2033 Walnut Street  
Philadelphia, PA 19103

DATE:  10/13/03                    BY:  /s/ John E. Freund, III, Esquire  
                                            John E. Freund, III, Esquire