UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVELYN BAYO' ANTONSEN, | : | No. 02-CV-2724 |
| Plaintiff, | : | |
| v. | : | |
| ALLENTOWN SCHOOL DISTRICT, | : | JURY TRIAL DEMANDED |
| Defendant. | : | |

## **O R D E R**

AND NOW, this _____ day of _____, 2003, after consideration of Defendant's Motion to Extend the Dispositive Motion Deadline,

IT IS HEREBY ORDERED AND DECREED, that the Dispositive Motion deadline is extended an additional thirty (30) days from the date of this Order.

_____
J.