IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVELYN BAYO ANTONSEN, | ) |
| | ) Civil Action |
| Plaintiffs, | ) No. 02-CV-02724 |
| | ) |
| vs. | ) |
| | ) |
| SCHOOL DISTRICT OF | ) |
| THE CITY OF ALLENTOWN, | ) |
| | ) |
| Defendant. | ) |

O R D E R

NOW, this 18th day of October, 2003, upon consideration of the Motion for an Extension of the Discovery Deadlines and for a New Trial Date, filed by plaintiff on October 9, 2003, and Defendant's Answer to Plaintiff's Motion for Extension of Deadlines and Motion for Extension of Dispositive Motion Deadline filed on October 13, 2003; it appearing that the issues between the parties have been settled; it further appearing that this Civil Action was dismissed by Order of United States Magistrate Judge Arnold C. Rapoport dated October 16, 2003, pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure for the United States District Court for the Eastern District of Pennsylvania,

IT IS ORDERED that both plaintiff's and defendant's motions are denied as moot.

BY THE COURT:

_____
James Knoll Gardner
United States District Judge